UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:10CR218 |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| ISMAEL REYES-GONZALEZ, | ) | |
| a/k/a CARLOS GONZALEZ-PAZ | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment as to defendant Ismael Reyes-Gonzalez in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: April 5, 2012

Frank D. Whitney
United States District Judge